In re U.S. INTERACTIVE, INC. & U.S. Interactive Corp., Appellants.

No. 01–2019.

United States Court of Appeals, Third Circuit.

Argued Jan. 15, 2002.

March 18, 2002.

Before: SCIRICA, GREENBERG and BRIGHT,\* Circuit Judges.

**ORDER**

After oral argument and agreement of the parties, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered March 12, 2001, be, and the same is hereby fully vacated.

As of the date of the bankruptcy filing, the escrow account at issue was not property of the bankruptcy estate.

The parties are free to litigate the preferential transfer issues, including the appropriate standard of review, in the ongoing proceedings before the Bankruptcy Court.